UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
In re:

                                            Case No. 20-35706
Joseph Guarasico                            Chapter 13


                        Debtor(s)
SSN xxx-xx-8755     SSN xxx-xx-_____
--------------------------------------------------------------x

## ORDER CONFIRMING CHAPTER 13 PLAN

Definitions: **Definitions used in the Debtor's Plan apply to this Order.**

     The Debtor's plan was filed on June 30, 2020 and (if applicable) was modified on February 24, 2021 (the "Plan").  The plan was transmitted to creditors pursuant to Bankruptcy Rule 3015 and Local Rule 3015-1(c) and 3015-2.  The Court finds that the Plan meets the requirements of 11 U.S.C. §1325.

**IT IS ORDERED THAT:**


The Plan is hereby **CONFIRMED.**



**/s/ Cecelia G. Morris**
_____
**Hon. Cecelia G. Morris**
**Chief U.S. Bankruptcy Judge**

**Dated: April 28, 2021**
**Poughkeepsie, New York**